BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDINE SON, <br><br> Plaintiff, <br><br> v. <br><br> Michael Biggs, Field Office Director Sacramento Field Office, et al. <br><br> Defendants. | No. 2:10-cv-3327 GGH <br><br> JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case challenging the denial of plaintiff's application for naturalization pursuant to 8 U.S.C. § 1421(c). The government respectfully requests an additional 30 days in which to file its answer to the complaint, until March 18, 2011. The parties will as well file the Joint Scheduling Report at that time.

Respectfully submitted,

Dated: February 18, 2011

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

-1-

By:    <u>/s/ Geri Nadine Kahn</u>
      Geri Nadine Kahn
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer and the Joint Scheduling Report are due on March 18, 2011.

IT IS SO ORDERED.

DATED: February 28, 2011          /S/ Gregory G. Hollows
                                                                   UNITED STATES MAGISTRATE JUDGE