BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDINE SON, | No. 2:10-cv-3327 GGH |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL. |
| v. | |
| Michael C. Biggs, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which Plaintiff challenges the denial of her naturalization application pursuant to 8 U.S.C. § 1421(c). Subsequent to the filing of the lawsuit, however, Plaintiff was placed into removal proceedings. Because she is now in proceedings, Plaintiff cannot simultaneously pursue naturalization. 8 U.S.C. § 1429. Accordingly, the parties stipulate to dismissal of this lawsuit, without prejudice to Plaintiff's ability to refile upon the conclusion of the removal proceedings.

DATED: June 6, 2011                  Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Audrey B. Hemesath
                                     Audrey B. Hemesath
                                     Assistant U.S. Attorney


                                     /s/ Geri Nadine Kahn
                                     Geri Nadine Kahn
                                     Attorney for the Plaintiff

-1-

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED without prejudice.[1]

IT IS SO ORDERED.

DATED: June 8, 2011                           /s/ Gregory G. Hollows
                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed.R.Civ.P. 41(a), a stipulated dismissal requires no court order.  However, form housekeeping purposes, the undersigned has signed it.

-2-